**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUIS VILLANUEVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WEBER-STEPHEN PRODUCTS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Weber-Stephen Products LLC ("Defendant"), by and through its undersigned attorneys, in accordance with 28 U.S.C. §§ 1331 and 1441, removes to the U.S. District Court for the Northern District of Illinois, Eastern Division the action styled *Luis Villanueva v. Weber-Stephen Products LLC*, currently pending in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois. In support of its Notice of Removal, Weber states as follows:

### I. TIMELINESS OF REMOVAL

1. On or about November 22, 2022, Plaintiff Luis Villanueva ("Plaintiff") filed a civil action against Defendant in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois, Docket No. 2022-LA-000484. Copies of the Summons and Complaint are attached as **Exhibit A**, as required under 28 U.S.C. § 1446(a). These are the only process, pleadings, and orders served on Defendant in this action.

2. Defendant was served with the Complaint on January 13, 2023, by personal service.

3. Defendant has filed no pleadings nor has Defendant appeared in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois.

4. Accordingly, Defendant is timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

## II. VENUE

5. The Circuit Court of the Sixteenth Judicial Circuit, Kane County is located within the Eastern Division of the Northern District of Illinois. 28 U.S.C. § 93. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. FEDERAL QUESTION JURISDICTION

6. This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act of 1964.

8. By asserting claims under federal law, namely, Title VII, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

## IV. Reservation of Rights

9. Defendant's filing of this Notice of Removal is not intended, nor should be construed, as any type of express or implied admission by Defendant of any fact, of the validity or merits of any of Plaintiff's claims and allegations, or of any liability for the same, all of which is/are hereby expressly denied, or as any type of express or implied waiver or limitation of any of Plaintiff's rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved. By removing this matter, Defendant does not waive or intend to waive

any defense, including but not limited to insufficiency of process and insufficiency of service of process.

## V. CONCLUSION

10. In accordance with 28 U.S.C. § 1466, copies of this Notice of Removal will be promptly served upon counsel for all adverse parties and filed with the Clerk of Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois. A copy of Defendant's notice of filing to the state court is attached hereto as **Exhibit B**.

**WHEREFORE**, Weber respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the to the United States District Court for the Northern District of Illinois.

**DATED:** February 13, 2023.

Respectfully submitted,

WEBER-STEPHEN PRODUCTS LLC

By: /s/Norma Manjarrez
One of Defendant's Attorneys

Norma Manjarrez (ARDC No. 6309602)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
norma.manjarrez@ogletree.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 13, 2023 the foregoing ***Notice of Removal*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

Travis J. Dunn, Esq.
LAW OFFICES OF PETER F. FERRACUTI, P.C.
110 East Main St.
Ottawa, IL 61350
(815) 434-3535
*tdunn@peterferracuti.com*
Attorney for Plaintiff

/s/ Norma Manjarrez
One of the Attorneys for
WEBER-STEPHEN PRODUCTS LLC