IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS VILLANUEVA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-00889 ) ) |
| WEBER-STEPHEN PRODUCTS LLC, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Docket Entry on February 17, 2023, Defendant Weber-Stephen Products LLC ("Weber") submits its initial status report.[1]

1. Nature of the Case

    a. Attorneys of Record: For Plaintiff: Travis Dunn, Law Offices of Peter F. Ferracuti, P.C., 110 East Main St., Ottawa, IL 61350. Phone: (815) 434-3535. Email: tdunn@peterferracuti.com

    For Defendant: Norma Manjarrez, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. 155 North Wacker Drive, Suite 4300, Chicago, Illinois 60606. Phone: 312.558.1220

    Email: norma.manjarrez@ogletree.com

    b. Basis for federal jurisdiction: Federal Question under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.

---

[1] Defendant's counsel attempted to meet and confer with Plaintiff's counsel regarding this Initial Status. Defendant's counsel emailed Plaintiff's counsel on March 13, 2023, and attached a copy of the draft report. Defendant's counsel followed-up by email on March 15, 2023. Defendant's counsel then called Plaintiff's Counsel the morning of March 16, 2023 and left a voicemail regarding the Initial Status Report. As of the time of filing, Defendant's counsel has not received any response to its email or voicemail.

    c. Nature of the claims: Plaintiff has brought claims alleging discrimination and retaliation on the basis of his national origin. Specifically, Plaintiff has alleged he was disciplined because of his national origin and that the terms and conditions of his employment were changed because of his complaint of discrimination to Defendant.

    d. Major legal and factual issues anticipated: (i) Whether Plaintiff was meeting Defendant's legitimate business expectations; (ii) whether Defendant took any adverse employment action against Plaintiff on the basis of his national origin; (iii) whether Defendant treated other similarly-situated employees outside the protected class more favorably; (iv) whether Plaintiff complained to Defendant about the alleged discriminatory behavior; (v) whether Plaintiff suffered any damages; (vi) whether Plaintiff mitigated his damages.

    e. Relief sought by Plaintiff: Plaintiff seeks back pay, front pay, compensatory damages, future pecuniary damages, and emotional distress damages. Defendant denies any violation of federal law as alleged in the Complaint and denies Plaintiff is entitled to any relief.

2. Pending Motions and Case Plan

    a. Pending Motions: There are currently no pending motions.

    b. Proposed Discovery Plan:

        i. Type of discovery needed: Defendant anticipates that the Parties will use traditional discovery methods including written discovery requests and oral discovery by deposition.

      ii. Rule 26(a)(1) disclosures: Defendant proposes exchanging Rule 26(a)(i) disclosures by March 31, 2023.

      iii. Deadline to issue written discovery: Defendant proposes that the Parties issue written discovery by May 31, 2023.

      iv. Fact Discovery Deadline: Defendant proposes that the Parties will complete discovery by September 29, 2023.

      v. Expert Discovery: Defendant does not anticipate expert discovery in this case. Defendant requests that any expert discovery be conducted in a separate phase after fact discovery and the Court's ruling on dispositive motions.

      vi. Dispositive Motion: Defendant proposes that the Parties file dispositive motions by October 31, 2023 or thirty days after the close of discovery, whichever is later.

  c. Jury Trial: The Parties have not demanded a jury trial. Defendant anticipates that if this action proceeds to trial, the length of trial will depend on the size and scope of this action at that point.

3. Consent to Proceed before a Magistrate Judge

  a. Unanimous Consent: Defendant does not consent to proceed before a Magistrate Judge.

4. Statement of Settlement Discussions

  a. To date, the Parties have not engaged in settlement discussions.

  b. N/A

c.  Defendant is not requesting a settlement conference at this time, but will request a settlement conference as the matter develops should they believe it will be fruitful.

Dated:  March 16, 2023.	Respectfully submitted,

WEBER-STEPHEN PRODUCTS LLC

By: /s/ Norma Manjarrez
One of the Attorneys for Defendant

Norma Manjarrez, ARDC #6309602
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312-558-1220
Facsimile:  312-807-3619
*norma.manjarrez@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 16, 2023, she filed the foregoing ***Defendant's Initial Status Report*** electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Travis J. Dunn, Esq.
LAW OFFICES OF PETER F. FERRACUTI, P.C.
110 East Main St.
Ottawa, IL 61350
(815) 434-3535
tdunn@peterferracuti.com

*Attorney for Plaintiff*

/s/ Norma Manjarrez
One of the Attorneys for
Weber-Stephen Products LLC